CLONTS et al. v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. March 21, 1922.) No. 3747. In Error to the District Court of the United States, for the Southern District of Florida; Rhydon M. Call, Judge. Sam Clonts and others were convicted of breaking and entering a railroad car with intent to steal therefrom property being transported in interstate commerce, and they bring error. Affirmed. **G. E. Mabry** and **Doyle E. Carlton,** both of Tampa, Fla., for plaintiffs in error. **Maynard Ramsey,** Asst. U. S. Atty., of Jacksonville, Fla. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The judgment in this case is affirmed.

---

THE GOLDEN RULE. (Circuit Court of Appeals, Second Circuit. January 18, 1922.) No. 148. Appeal from the District Court of the United States for the Southern District of New York. Libel by Katherine Dunnigan and others against the steam tug Golden Rule, of which the Carroll Towing Line, Incorporated, was claimant, in which suit the Associated Operating Company was impleaded under the fifty-ninth rule. From a decree dismissing the libel and petition the libellants appeal. Affirmed. **Macklin, Brown & Purdy,** of New York City (Pierre M. Brown, of New York City of counsel), for appellants. **Burlingham, Veeder, Masten & Fearey,** of New York City (Chauncey I. Clark and Ralph W. Brown, both of New York City, of counsel), for appellee. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.

---

GULF TOWING & TRANSPORTATION CO. v. MORAN TOWING & TRANSPORTATION CO. (Circuit Court of Appeals, Second Circuit. January 18, 1922.) No. 116. In Error to the District Court of the United States for the Southern District of New York. Action by the Moran Towing & Transportation Company against the Gulf Towing & Transportation Company. Judgment for plaintiff, and defendant brings error. Affirmed. **Haight, Sandford & Smith,** of New York City (Herbert K. Stockton, of New York City, of counsel), for plaintiff in error. **Macklin, Brown, Purdy & Van Wyck,** of New York City (Pierre M. Brown, of New York City, of counsel), for defendant in error. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

INSURANCE CO. OF NORTH AMERICA v. BRIGHAM et al. (Circuit Court of Appeals, Second Circuit. January 9, 1922.) No. 129. In Error to the District Court of the United States for the Southern District of New York. Action by Henry R. Brigham and another against the Insurance Company of North America. Judgment for plaintiffs, and defendant brings error. Affirmed. Certiorari denied 257 U. S. ——, 42 Sup. Ct. 382, 66 L. Ed. ——. **Harrington, Bingham & Englar,** of New York City (Henry B. Potter and George S. Brengle, both of New York City, of counsel), for plaintiff in error. **Macklin, Brown, Purdy & Van Wyck,** of New York City (Pierre M. Brown, of New York City, of counsel), for defendants in error. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.